IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00371-D

UNITED STATES OF AMERICA :
:
v. :
:
SHAWNELL J-VON TERRY :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on October 16, 2020, and further evidence of record as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as ammunition involved or used in a knowing violation of 18 U.S.C. § 924(c)(1)(A), to wit: all magazines and ammunition seized from the Defendant;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, and all other evidence of record, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, and all other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this

1

Order shall be final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 18 day of June, 2021.

*signature*
JAMES C. DEVER III
United States District Judge