IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-371-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAWNELL J-VON TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant Shawnell J-Von Terry's motion for a sentence reduction [D.E. 52]. The response is due not later than May 20, 2022.

SO ORDERED. This _22_ day of April, 2022.

JAMES C. DEVER III
United States District Judge