IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-371-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAWNELL J-VON TERRY, | ) | |
| Defendant. | ) | |

For the reasons stated in the government's memorandum in support of its motion to dismiss [D.E. 56], the court GRANTS the government's motion to dismiss [D.E. 55] and DISMISSES WITHOUT PREJUDICE defendant's motion to reduce his sentence [D.E. 52]. Defendant must exhaust his administrative remedies.

SO ORDERED. This _1_ day of July, 2022.

JAMES C. DEVER III
United States District Judge