IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-371-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHAWNELL J-VON TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion for a sentence reduction [D.E. 82] not later than January 30, 2026.

SO ORDERED. This 17 day of December, 2025.

JAMES C. DEVER III
United States District Judge