IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-371-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SHAWNELL J-VON TERRY, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 85], the court DENIES defendant's latest pro se motion for compassionate release [D.E. 82].

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge